THE STATE EX REL. JERNINGHAN, APPELLANT, *v.* COURT OF COMMON
PLEAS OF CUYAHOGA COUNTY ET AL., APPELLEES.

[Cite as *State ex rel. Jerninghan v. Cuyahoga Cty. Court
of Common Pleas* (1996), 74 Ohio St.3d 278.]

(No. 95–1769—Submitted November 7, 1995—Decided January 10, 1996.)

*Tommie Jerninghan, Jr., pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals. A writ of mandamus will not issue to compel an act already performed. *State ex rel. Gantt v. Coleman* (1983), 6 Ohio St.3d 5, 6 OBR 4, 450 N.E.2d 1163.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.